In the Matter of the Claim of GUSTAVE SCHNEIDER, Respondent, against DURST MANUFACTURING COMPANY et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.—

The furnishing of the truss is a payment of compensation within the meaning of the Workmen's Compensation Law. (*Matter of Patti* v. *Knickerbocker Fireproofing Co.,* 280 N. Y. 609; *Matter of Gabrielli* v. *City of New York,* 258 App. Div. 1015, leave to appeal denied, 282 N. Y. 809.) Decision reopening the case and order directing the carrier to provide a truss affirmed with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.